Brent SIEGLER, Plaintiff/Respondent,

v.

Henry SIEGLER, Defendant/Appellant.

No. 74744.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 20, 1999.

Edward D. Hoertel, Rolla, for appellant.

Edward C. Clausen, James W. Gallaher, Jr., Carson & Coil, P.C., Jefferson City, for respondents.

Before: JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.,

*ORDER*

PER CURIAM.

Appellant Henry Siegler appeals from the trial court's judgment in an action for ejectment and trespass in favor of Respondent Brent Siegler. We have reviewed the briefs and record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment of the trial court is affirmed pursuant to Rule 84.16(b).